IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 99-10092-MLB |
| ) | |
| CRAIG T. WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

Memorandum and Order

Defendant Craig Williams filed a motion pursuant to 18 U.S.C. § 3582(c)(2) for a reduction in his term of imprisonment based on the retroactive Sentence Guidelines following the adoption of Amendment 750. (Doc. 108). The Court denied his motion. (Doc. 109). Williams has filed a Motion for Certificate of Appealability. (Doc. 110). The Tenth Circuit ruled that no certificate of appealability is required for an appeal taken from a motion under 18 U.S.C. § 3582. United States v. Randall, 2011 WL 6008983 at *4 n. 4 (10th Cir. Dec. 2, 2011). Williams' motion is denied as moot.

IT IS SO ORDERED.

Dated this 6th day of February, 2012, at Wichita Kansas.

                                              s/ Monti. Belot
                                              Monti L. Belot
                                              United States District Judge